1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CARL ECKSTROM,                              No.  2:16-cv-0538-MCE-EFB-P

12              Plaintiff,

13        v.                                     ORDER

14   MARTIN HOSHINO,

15              Defendant.

16

17        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18   U.S.C. § 1983.  He requests an extension of time to file his amended complaint pursuant to the

19   court's January 31, 2017 screening order.

20        Plaintiff's request (ECF No. 14) is granted and plaintiff has 30 days from the date this

21   order is served to file his amended complaint.

22        So ordered.

23   Dated:  February 28, 2017.

24                                     EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE
25

26

27

28