UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ECKSTROM,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN HOSHINO,<br><br>    Defendant. | No. 2:16-cv-00538-TLN-EFB<br><br>**ORDER** |

    Plaintiff Carl Eckstrom ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On August 27, 2018, the magistrate judge filed findings and recommendations which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 26.) On September 13, 2018, Plaintiff filed objections to the findings and recommendations. (ECF No. 29.) Plaintiff has since filed a Motion for Leave to File a Third Amended Complaint (ECF No. 31), a Third Amended Complaint (ECF No. 32), and a Motion for Ruling on Objections to Findings and Recommendations (ECF No. 33).

    This Court reviews *de novo* those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); *McDonnell Douglas Corp. v. Commodore*

1

*Business Machines*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982).  As to any portion of the proposed findings of fact to which no objection has been made, the Court assumes its correctness and decides the motions on the applicable law.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.  *See Britt v. Simi Valley Unified Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

Having carefully reviewed the entire file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

The issues with the Second Amended Complaint (ECF No. 23) identified by the screening order (ECF No. 26 at 3–4) are not ameliorated by Plaintiff's objections or his proposed Third Amended Complaint.[1]  Notably, Plaintiff has still failed to allege how any of the named Defendants were aware of any specific and current threat to his safety posed by the Mexican Mafia gang.  Plaintiff refers to various exhibits and asserts vague and generalized allegations, such as, "there was a grooming of the record to support [prison staff's desired conclusion]" (ECF No. 29 at 12), but these contentions remain unsupported by any non-conclusory factual allegations.  It is clear to the Court that Plaintiff disagrees with the prison staff's assessment as to the danger posed to his person by the Mexican Mafia.  However, such disagreement is not in and of itself indicative of deliberate indifference which, instead, requires a defendant's subjective awareness of a risk.  *See Farmer v. Brennan*, 511 U.S. 825, 837 (1994) ("[T]he official must both be aware of facts from which the inference could be drawn that a substantial risk of serious harm exists, and he must also draw the inference.").  Plaintiff has failed to sufficiently allege facts showing that each of the named Defendants had such awareness.  Further, he has had multiple opportunities to state a viable claim and has repeatedly failed to do so.

///

///

---

[1] The Court has reviewed the proffered Third Amended Complaint.  Because it does not fix the infirmities noted in the Findings and Recommendations, the Court declines to allow the amendment.  *Carrico v. City of S.F.*, 656 F.3d 1002, 1008 (9th Cir. 2011) (leave to amend may be denied if the proposed amendment is futile because it would be subject to dismissal).

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed August 27, 2018 (ECF No. 26), are adopted in full;

2. Plaintiff's Second Amended Complaint (ECF No. 23) is DISMISSED, without leave to amend, for failure to state a cognizable claim;

3. Plaintiff's Motion for Leave to File a Third Amended Complaint (ECF No. 31) is DENIED;

4. Plaintiff's Motion for Ruling (ECF No. 33) is DENIED as moot; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: January 23, 2020

Troy L. Nunley
United States District Judge